IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

VS.  CIVIL ACTION NO. 3:10CV82TSL
CRIMINAL ACTION NO. 3:09cr25 TSL-FKB

ROBERT E. POWER, JR.

JUDGMENT

Pursuant to the order entered this day, it is hereby ORDERED AND ADJUDGED that Power's motion to vacate under § 2255 is dismissed without prejudice.

SO ORDERED this the 29th day of April, 2010.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE